<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-2468**

_____

KWAME ASAFO-ADJEI,

                    Plaintiff - Appellant,

     versus

MARYLAND DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-01-
799-MJG)

_____

Submitted: March 11, 2003      Decided: March 28, 2003

_____

Before WILKINSON, LUTTIG, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kwame Asafo-Adjei, Appellant Pro Se. Michael O'Connor Doyle,
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, Baltimore,
Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kwame Asafo-Adjei appeals the district court's order granting summary judgment in favor of the Maryland Department of Public Safety and Correctional Services on his discrimination claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2002). We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Asafo-Adjei v. Maryland Dep't of Pub. Safety & Correctional Servs., No. CA-01-799-MJG (D. Md. Nov. 19, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED